UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| S.V. EVENTS, LLC,<br>an Illinois limited liability company, | ) | FILED: AUGUST 12, 2008<br>08CV4554<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE DENLOW |
| Plaintiff, | ) ) ) ) | JFB |
| v. | ) | Case No. |
| SKI DAZZLE, LLC,<br>a California limited liability company, | ) ) ) ) |  |
| Defendant. | ) |  |

## COMPLAINT

Plaintiff, S.V. EVENTS, LLC ("SV Events"), an Illinois limited liability company, by its attorneys, Golan & Christie LLP and Neal, Gerber & Eisenberg LLP, hereby complains of Defendant, SKI DAZZLE, LLC ("Ski Dazzle") as follows:

## NATURE OF ACTION

1.    SV Events is the organizer of a ski and snowboard show being held at the Renaissance Schaumburg Hotel & Convention Center under the name of "Chicagoland Ski and Snowboard Show."  SV Events and Ski Dazzle are direct competitors in the exposition of equipment, products and services in the ski and snowboard industry in the greater Chicago area. SV Events brings this action in response to Ski Dazzle's written demand that it cease and desist using the name "Chicagoland Ski and Snowboard Show" for allegedly infringing Ski Dazzle's purported service mark THE CHICAGO SKI SHOW AND SNOWBOARD EXPO.  SV Events seeks to protect its right to use the description "Chicagoland Ski and Snowboard Show" and to prevent irreparable harm to SV Events from Ski Dazzle's threatened infringement action.  SV

Events seeks a declaratory judgment that it has not infringed Ski Dazzle's service mark and cancellation of Ski Dazzle's registration for its service mark for being deceptively geographically misdescriptive of the actual location of its exposition.

## THE PARTIES

2.    SV Events is an Illinois limited liability company, with its principal place of business in Cook County, Illinois.

3.    On information and belief, Ski Dazzle is a California limited liability company, with its principal place of business in Laguna Beach, California.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338 because this is a case involving a federal question under the Lanham Act, 15 U.S.C. §§ 1121 and 1125.

5.    Venue is proper in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to the claims occurred in this District.

## FACTS COMMON TO ALL COUNTS

6.    Events that showcase the products and services related to the ski and snowboard industry are put on every year in different locations throughout the country.  SV Events was formed by the owners of the Viking Ski Shop, Inc. and the Shred Shop, Inc. for the purpose of hosting a ski and snowboard show that would feature Chicago area, retail businesses in the ski and snowboard industry.

7.    Another host of ski and snowboard shows is Ski Dazzle.  On information and belief, Ski Dazzle promotes such shows in several locations in the United States under and in

connection with the service mark SKI DAZZLE, which it has registered in the United States Patent and Trademark Office in connection with "arranging and conducting trade shows in the field of ski equipment, ski clothing and ski resorts." See Registration Nos. 1,720,663 and 1,170,502. On information and belief, all advertising materials for its ski and snowboard shows, including those in print and on the internet, prominently feature its SKI DAZZLE service mark, which specifically and uniquely distinguishes Ski Dazzle's exposition from other expositions in the ski and snowboard industry.

8.    Ski Dazzle has also registered the highly descriptive phrase THE CHICAGO SKI SHOW AND SNOWBOARD EXPO (Reg. No. 2,833,674) for use in connection with its shows (the "Expo Service Mark"). The registration includes the disclaimer that "[n]o claim is made to the exclusive right to use 'SKI SHOW & SNOWBOARD EXPO,' apart from the mark as shown." On information and belief, every such show has been held in Rosemont, Illinois, and not in Chicago.

9.    When conceiving of its competing show, SV Events took steps to specifically differentiate its show from the Ski Dazzle show. To begin with, it adopted the merely descriptive phrase "Chicagoland Ski and Snowboard Show." In addition to the obvious differences between Ski Dazzle's purported mark THE CHICAGO SKI SHOW AND SNOWBOARD EXPO and SV Events' phrase "Chicagoland Ski And Snowboard Show," SV Events also created a unique logo and graphic artwork to appear on all advertising materials which in no way resembles the artwork used by Ski Dazzle. (A color illustration of Ski Dazzle's logo, taken from their website, is attached hereto as Exhibit A.) Further, SV Events does not use the term "Ski Dazzle," or anything remotely similar thereto, in connection with its show. (A color illustration of SV Events' logo is attached hereto as Exhibit B.)

10.    SV Events aims to have its show, which is scheduled to take place on October 24-26, 2008, attract exhibitors and members of the public by being more local-retailer oriented than Ski Dazzle's show.

11.    On July 29, 2008, counsel for Ski Dazzle sent a cease and desist letter to SV Events claiming, among other things, that the name chosen by SV Events to describe its show, namely the "Chicagoland Ski and Snowboard Show," infringes Ski Dazzle's Expo Service Mark. In the letter, Ski Dazzle alleges that the word "CHICAGO" has been the distinguishing feature of its show's name throughout the entire time the event has taken place and that the use by SV Events of the phrase "Chicagoland Ski and Snowboard Show" is likely to cause confusion among consumers and exhibitors. By this claim, Ski Dazzle seeks to prevent SV Events from using the term "Chicagoland" to describe the geographic area of its ski and snowboard show's focus, and, in fact, has demanded that SV Events cease all use of the merely descriptive phrase "Chicagoland Ski and Snowboard Show." Failing an immediate and complete compliance with its demands, Ski Dazzle has indicated its intent to initiate legal proceedings.

12.    SV Events has already spent considerable time and resources in preparation of its show, including the expenses necessary to plan, market, and sign up exhibitors for the show.

13.    Accordingly, the ability to continue to use the descriptive name of "Chicagoland Ski And Snowboard Show" is extremely valuable to SV Events, and the complete cessation of its use of the phrase, as demanded by Ski Dazzle, would cause it irreparable injury and hardship.

## COUNT I
### (Declaratory Judgment – Non-infringement of Service Mark)

14.    SV Events repeats and realleges Paragraphs 1 through 13 as if fully set forth herein.

15.     There is a real, substantial and immediate controversy regarding SV Events' right to use the name "Chicagoland Ski and Snowboard Show" that requires adjudication by the Court.

16.     SV Events seeks a preliminary and permanent declaration that its descriptive use of the name "Chicagoland Ski and Snowboard Show" does not infringe Ski Dazzle's Expo Service Mark, and that such use is not likely to cause confusion, mistake or deception of the public as to the identity and origin of its services.

17.     SV Events further seeks a declaration that Ski Dazzle is not entitled to a preliminary or permanent injunction that enjoins SV Events from its use of "Chicagoland Ski and Snowboard Show" to describe its show, and that it does not have to destroy any advertising materials, provide a report of the revenues or profits generated by the show, provide any information to Ski Dazzle about recipients of materials promoting SV Events' show, or send any communication to those recipients regarding Ski Dazzle's allegations of confusion between Ski Dazzle's show and SV Events' show, as Ski Dazzle has demanded.

## COUNT II
### (Petition to Cancel)

18.     SV Events repeats and realleges Paragraphs 1 through 17 as if fully set forth herein.

19.     The only portion of the Expo Service Mark that is not disclaimed is the word "CHICAGO" which, due to the fact that Ski Dazzle's show has, on information and belief, always taken place in Rosemont, Illinois, renders the mark primarily geographically deceptively misdescriptive in violation of 15 U.S.C. §1052(e)(3). Its registration for THE CHICAGO SKI SHOW AND SNOWBOARD EXPO, Registration No. 2,833,674, should therefore be cancelled pursuant to 15 U.S.C. § 1119.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, S.V. Events, LLC, respectfully requests that this Court enter judgment in its favor and against Defendant, Ski Dazzle, LLC and requests the following relief:

(a)    A preliminary and permanent declaratory judgment that SV Events' use of the phrase "Chicagoland Ski and Snowboard Show" does not infringe on the rights of Ski Dazzle's service mark THE CHICAGO SKI SHOW AND SNOWBOARD EXPO;

(b)    Cancellation of Ski Dazzle's service mark registration for THE CHICAGO SKI SHOW AND SNOWBOARD EXPO, Registration No. 2,833,674, pursuant to 15 U.S.C. §§ 1052(e)(3) and 1119;

(c)    A preliminary and permanent order enjoining Ski Dazzle from in any way charging or threatening trademark infringement against SV Events or any of its affiliates, current or prospective customers, exhibitors, agents or employees based on the purported "THE CHICAGO SKI SHOW AND SNOWBOARD EXPO" service mark; and

(d)    An order awarding such other and further relief as the Court deems just and equitable.

S.V. EVENTS, LLC


By: _____s/ David K. Schmitt_____
         One of Its Attorneys


David K. Schmitt, Esq. (ARDC #3128189)
Margaret A. Gisch, Esq. (ARDC #6204431)
Laura A. Balson, Esq. (ARDC #629137)
Golan & Christie LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
312-236-2300

and

Antony J. McShane, Esq. (ARDC #6190332)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3801
312-269-8486

# EXHIBIT A





Click on the city near you for local show information.

# EXHIBIT B

**2008**

# CHICAGOLAND

## SKI and SNOWBOARD SHOW

### October 24, 25, 26

**RENAISSANCE**®
SCHAUMBURG
HOTEL & CONVENTION CENTER

produced by S.V. Events LLC.    **847-972-6521**