**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| S.V. Events, LLC, an Illinois limited liability company, Plaintiff, v. Ski Dazzle, LLC, a California limited liability company, Defendant. | FILED: AUGUST 12, 2008 08CV4554 JUDGE PALLMEYER MAGISTRATE JUDGE DENLOW JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S.V. EVENTS

| NAME (Type or print) |
|---|
| David K. Schmitt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David K. Schmitt |
| FIRM |
| Golan & Christie LLP |
| STREET ADDRESS |
| 70 West Madison Street, Suite 1500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128189 | 312-263-2300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐