U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| S.V. Events, LLC, an Illinois limited liability company,<br>Plaintiff,<br>v.<br>Ski Dazzle, LLC, a California limited liability company,<br>Defendant. | FILED: AUGUST 12, 2008<br>08CV4554<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
S.V. EVENTS

JFB

| NAME (Type or print) |
|---|
| Margaret A. Gisch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Margaret A. Gisch |

| FIRM |
|---|
| Golan & Christie LLP |

| STREET ADDRESS |
|---|
| 70 West Madison Street, Suite 1500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204431 | 312-263-2300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐