# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

S.V. Events, LLC, an Illinois limited liability company,
Plaintiff,

v.

Ski Dazzle, LLC, a California limited liability company,
Defendant.

Case Number:

FILED: AUGUST 12, 2008
08CV4554
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW
⊞ JFB

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S.V. EVENTS

| | |
|---|---|
| NAME (Type or print)<br>Laura A. Balson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Laura A. Balson | |
| FIRM<br>Golan & Christie LLP | |
| STREET ADDRESS<br>70 West Madison Street, Suite 1500 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>629137 | TELEPHONE NUMBER<br>312-263-2300 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐