UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| S.V. EVENTS, LLC,<br>an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SKI DAZZLE, LLC,<br>a California limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: AUGUST 12, 2008<br>08CV4554<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE DENLOW<br><br>Case No.<br><br>JFB |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to United States District Court for the Northern District of Illinois, Local Rule 3.4, the Plaintiff in the above captioned action, S.V. Events, LLC, hereby provides the following notice of claims involving trademarks:

Trademark registration upon which suit is brought:

"THE CHICAGO SKI SHOW AND SNOWBOARD EXPO," Federal Trademark Reg. No. 2,833,674, issued on April 20, 2004

Litigants:

S.V. Events, LLC
3801 W. Oakton Street
Skokie, Illinois 60076

Ski Dazzle LLC
1550 S. Coast Highway, Suite 202
Laguna Beach, California 92651

S.V. EVENTS, LLC

By: ____s/ David K. Schmitt____
One of Its Attorneys

David K. Schmitt, Esq. (ARDC#3128189)
Margaret A. Gisch, Esq. (ARDC# 6204431)
Laura A. Balson, Esq. (ARDC# 629137)
Golan & Christie LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
312-236-2300

and

Antony J. McShane, Esq. (ARDC# 6190332)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3801
312-269-8486