UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| S.V. EVENTS, LLC,<br>an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SKI DAZZLE, LLC,<br>a California limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: AUGUST 12, 2008<br>08CV4554<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE DENLOW<br><br>Case No.<br><br>JFB |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff S.V. EVENTS, LLC ("SVE"), by its attorneys, Golan & Christie LLP and Neal, Gerber & Eisenberg LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

SVE does not have a parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted,

S.V. EVENTS, LLC

By: ____s/ David K. Schmitt_____
One of Its Attorneys

David K. Schmitt, Esq. (ARDC#3128189)
Margaret A. Gisch, Esq. (ARDC# 6204431)
Laura A. Balson, Esq. (ARDC# 629137)
Golan & Christie LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
312-236-2300

and

Antony J. McShane, Esq. (ARDC# 6190332)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
312-269-8486